5045/Comp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 09-23612

CAMROSE TRADING, INC., individually
and f/u/b/o NATIONAL UNION FIRE
INSUANCE COMPANY OF PITTSBURG, PA.,

Plaintiff,
vs.

ANTILLEAN MARINE SHIPPING CORP.,

Defendant,
_____/



## *COMPLAINT*

**COME NOW**, the Plaintiffs, CAMROSE TRADING, INC., individually and f/u/b/o NATIONAL UNION FIRE INSUANCE COMPANY OF PITTSBURG, PA., by and through the undersigned attorneys and sue the Defendant, ANTILLEAN MARINE SHIPPING CORP., and allege as follows:

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The Plaintiff, CAMROSE TRADING, INC., is a Florida corporation doing business in the State of Florida, and was the owner, purchaser, ultimate consignee and/or assignee of the cargo hereinbelow described and brings this action on its own behalf and as agent and trustee on the behalf of, all parties that may be or may be interested in said shipment as their

respective interests may ultimately appear, and is entitled to maintain this action.

3. The use Plaintiff, NATIONAL UNION FIRE INSUANCE COMPANY OF PITTSBURG, PA, is a foreign corporation authorized to do business in the State of Florida as an insurer, who was and is at all times material hereto, the insurer of the shipment described herein, against whom claims have been presented and paid, and is subrogated thereto and brings this action on its own behalf and as agent and trustee on the behalf of, all parties that may be or may become interested in said shipment as their respective interests may ultimately appear, and is entitled to maintain this action.

4. The Defendant, ANTILLEAN MARINE SHIPPING CORP., (hereinafter "ANTILLEAN") is a Florida corporation doing business in the State of Florida as a common carrier by water of merchandise for hire.

5. On or about September 28, 2008, ANTILLEAN contracted with Lanstar Global Logistics and/or Transcontinental, Inc., as shipper and Tropical Perfume Corp., as consignee, for the transportation of a 20 foot container of 191 cartons containing 9174 pieces of perfumery products from Colon, Panama via the Port of Rio Haina to Miami, Florida. As evidence thereof, the Defendant issued its Bill of Lading number AMLU8020000278, issued without exceptions, a copy of which is attached hereto as Exhibit "A". CAMROSE TRADING, INC., is an assignee and/or intended third party

      beneficiary of Tropical Perfume Corp.'s rights and interests of said contract of transportation.

6. The Defendant delivered the cargo at destination with shortages and as a proximate result the Plaintiffs have been damaged in an amount in excess of One Hundred Nineteen Thousand Six Hundred Twenty Five Dollars ($119,625.00) which includes a $10,000.00 uninsured deductible. The Plaintiffs reserve the right to amend this amount at the time of trial.

7. The Plaintiffs have complied with all conditions precedent to the bringing of this action.

## **_COUNT I_**

The Plaintiffs reaffirm and reallege paragraphs 1 through 7, as if set forth herein at length, and allege further:

8. The Defendant accepted said cargo and agreed to deliver the cargo in the same good order and condition as when received by the Defendant.

9. The Defendant thereby became the bailee of said cargo, and had the duty as bailee to redeliver the bailed cargo in the same good order and condition as when received.

10. The Defendant failed to deliver the bailed cargo in the same good order and condition as when received, but rather delivered the cargo with shortages.

11. As a proximate result thereof, Plaintiffs have been damaged in an amount in excess of One Hundred Nineteen Thousand Six Hundred Twenty Five

Dollars ($119,625.00) which includes a $10,000.00 uninsured deductible. The Plaintiffs reserve the right to amend this amount at the time of trial.

## COUNT II

The Plaintiffs reaffirm and reallege paragraphs 1 through 7 as if set forth herein at length, and allege further:

12. The Defendant, as a common carrier of merchandise for hire, had the duty to exercise reasonable care of said cargo to prevent damage of the cargo.

13. The Defendant breached its duty by negligently failing to deliver the cargo in the same good order and condition as when received.

14. As a proximate result thereof, the Plaintiffs have been damaged in an amount in excess of One Hundred Nineteen Thousand Six Hundred Twenty Five Dollars ($119,625.00) which includes a $10,000.00 uninsured deductible. The Plaintiffs reserve the right to amend this amount at the time of trial.

## COUNT III

The Plaintiffs reaffirm and reallege paragraphs 1 through 7 as if set forth herein at length, and allege further:

15. The Defendant breached its contract of carriage by delivering said cargo with shortages.

16. As a proximate result thereof, the Plaintiffs have been damaged in an amount in excess of One Hundred Nineteen Thousand Six Hundred Twenty Five Dollars ($119,625.00) which includes a $10,000.00 uninsured

deductible. The Plaintiffs reserve the right to amend this amount at the time of trial.

**WHEREFORE**, the Plaintiffs, CAMROSE TRADING, INC., individually and f/u/b/o NATIONAL UNION FIRE INSUANCE COMPANY OF PITTSBURG, PA., demands judgment against the Defendant, ANTILLEAN MARINE SHIPPING CORP., in the sum in excess of One Hundred Nineteen Thousand Six Hundred Twenty Five Dollars ($119,625.00), plus pre-judgment interest, costs, and such other relief as this Court may deem just and proper.

December 3, 2009　　　　　　　Respectfully submitted,
Miami, Florida

　　　　　　　　　　　　　　　By: _/s/ William E. Cassidy_
　　　　　　　　　　　　　　　WILLIAM E. CASSIDY, ESQUIRE
　　　　　　　　　　　　　　　F.B.N. 266477
　　　　　　　　　　　　　　　wcassidy@marlaw.com
　　　　　　　　　　　　　　　CASSIDY & BLACK, P.A.
　　　　　　　　　　　　　　　8370 West Flagler Street, Suite 252
　　　　　　　　　　　　　　　Miami, Florida 33144
　　　　　　　　　　　　　　　Telephone:　(305) 559-4962
　　　　　　　　　　　　　　　Facsimile:　(305) 559-2163
　　　　　　　　　　　　　　　Attorneys for Plaintiff

# ANTILLEAN MARINE SHIPPING CORP.

P.O. BOX 350-762, MIAMI, FLORIDA 33135 PHONE (305) 633-6361

**BILL OF LADING**

| | |
|---|---|
| **Shipper / Exporter / Remitente**<br>LANDSTAR GLOBAL LOGISTICS C/O<br>TRANSCONTINENTAL INC.<br>COLON FREE ZONE, REP. DE PANAMA<br>TEL: 504-441-5816 FAX: 507-441-6640 | **Bill of Lading** AMLU8020000278<br>**Booking Number** 263667   **Job Number** 00108228-01<br>Export Refereneces/Referencias de Exportacion |
| | **Forwarder Agent / Agente Embarcador   F.M.C. No** N/A |
| **Consignee / Consignatario**<br>TROPICAL PERFUME CORP<br>1221 N.W. 165TH STREET<br>MIAMI, FL 33169<br>ATN: LOURDES<br>TEL: 305-591-1948 | **Forwarder Ref. / Referencia del Agente** |
| | **Point and Country of Origin / Lugar y Pais de Origen**<br>COLON, PANAMA |
| **Notify Party / Dirigir Notificacion de Llegada a**<br>SAME AS CONSIGNEE | **Routing and Instructions / Ruta e Instrucciones**<br>CONTAINER TO BE TRANSLOAD IN HAINA TO MIAMI<br><br>Este documento es fiel<br>copia de su Original.<br><br>Boyd Steamship Corporation<br>**\* O R I G I N A L \*** |
| **Place of Receipt / Lugar de Recibo**<br>COLON, PANAMA, PANAMA | **Precarriage by / Transportado por**<br>ANT TRUCK |
| **Vessel and Voyage / Nave y Viaje**<br>MICHAEL J / 034N | **Port of Loading / Puerto de Carga**<br>MANZANILLO |
| **Port of Discharge / Puerto de Descargue**<br>RIO HAINA | **Place of Delivery / Lugar de Entrega**<br>MIAMI |

**PARTICULARS FURNISHED BY SHIPPER / DESCRIPCION DE LOS ARTICULOS DADO POR EL REMITENTE**

| Marks & Numbers<br>Marcas y Numeros | No. of Pkgs<br>DR/TIR   No.de Bultos   HM | Description of Packages and Goods<br>Descripcion de paquetes y Mercancia | Gross Weight<br>Peso Bruto | Measurement<br>Medida |
|---|---|---|---|---|
| 1114899 | 1 x 20CT | AMLU-200920-1  SEAL: 011594<br>191 CN PERFUMERY PRODUCT<br>9174 PIECES<br>CONTAINER IN TRANSIT TO MIAMI<br>• HAZARDOUS MATERIAL INFORMATION<br>• PROPER SHIPPING NAME:<br>• PERFUMERY PRODUCTS<br>• CLASS: 3   Ems: 3-05   PKG. GROUP: III   UN #: 1266<br>• FLASH PT.: *23°C to 61°C c.c.<br>• EMERGENCY #:<br>• PKGS.: 191 CN   WEIGHT: 3172.9 KG | 6,995.04 LB<br>3,172.90 KG | |

*Freight Prepaid
*SHIPPERS LOAD, WEIGHT & COUNT, PARTICULARS FURNISHED BY SHIPPER, AND CONTENTS OF CONTAINER NOT HAVING BEEN SEEN, INSPECTED NOR VERIFIED BY CARRIER.

| TOTALS | 1 | | 6,995.04 LB<br>3,172.90 KG |

** THIS IS YOUR FREIGHT BILL. TOTAL FREIGHT AND CHARGES PAYABLE IN FULL DIRECTLY TO ANTILLEAN MARINE SHIPPING CORP IN US DOLLARS **
---- FREIGHT FORWARDER'S COMPENSATION WILL BE PAID ONLY ON BASE OCEAN FREIGHT. ----

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

**Freight Prepaid**

Shipper declared value $ _____ If a value is entered, carrier's package limitation of liability does not apply and the ad valorem rate will be charged.

| Charge Description | Prepaid | Collect |
|---|---|---|

The Carrier has no knowledge of and makes no representation as to the description of goods, gross weight or measurement furnished by the shipper. In accepting this Bill of Lading any local customs or privileges to the contrary notwithstanding, the Shipper, Consignee and Owner of the Goods and the Holder of this Bill of Lading agree to be bound by all stipulations, exceptions and conditions stated herein whether written, printed or stamped on the front or reverse side hereof, or incorporated by reference, as fully as if they were all signed by such Shipper, Consignees or Holder.

RECEIVED in apparent good order and condition, unless otherwise stated herein, on board the ship mentioned herein or other means of transportation (rail or truck) if named herein, the goods or containers said to contain goods, specified herein for carriage from the port of loading named herein or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharged at the port of discharge named herein or delivery at the place of delivery if mentioned herein such carriage discharge or delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agree. In like order and condition at the port of discharge or place of delivery if named as the case may be, for delivery unto the consignee mentioned herein or to his or their assigns where the carrier's responsibilities shall in all cases and circumstances whatsoever, finally cease.

IN WITNESS WHEREOF three (3) Bill of Lading all of this tenor and date have been signed one of which being accomplished, the others to stand void.

**ANTILLEAN MARINE SHIPPING CORPORATION**

SIGNED BY: _____   DATED IN MIAMI, FL
                                     September 28, 2008   Page. 1   TOTAL FREIGHT AND CHARGES IN US $
APPLICABLE ONLY WHEN DOCUMENT USED AS A THROUGH BILL OF LADING
TERMS OF BILL OF LADING CONTINUED ON BACK HEREIN

EXHIBIT "A"

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

09-23612

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

CIV - COOKE
MAGISTRATE
BANDSTRA

FILED by RAC
INTAKE
DEC 0 3 2009

### I. (a) PLAINTIFFS
CAMROSE TRADING, INC., individually and f/u/b/o NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA.,

**(b)** County of Residence of First Listed Plaintiff: **Miami-Dade**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
William C. Cassidy, Esquire, CASSIDY & BLACK, P.A.
8370 W. Flagler Street, Suite 252, Miami, Florida 33144
(305) 559-4962

### DEFENDANTS
ANTILLEAN MARINE SHIPPING CORP

County of Residence of First Listed Defendant: **Miami-Dade**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ✓ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ✓ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ✓ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Re-filed- (see VI below)
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO   b) Related Cases ☐ YES ✓ NO
JUDGE                         DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

LENGTH OF TRIAL via **2-3** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 119,625.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD: *William C. Cassidy*
DATE: December 3, 2009

FOR OFFICE USE ONLY
AMOUNT $350   RECEIPT # 1012915
12/03/09